AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ZAGEL, JAME B. | 2. Court or Organization<br><br>U.S. DISTRICT COURT NORTHERN ILLINOIS | 3. Date of Report<br><br>04/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S COURTHOUSE
219 SOUTH DEARBORN STREET
ROOM 2560
CHICAGO, ILLINOIS 60604-1822

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M.O.N.Y. POLICY - WHOLE LIFE | D | Dividend | L | T | | | | | |
| 2. NORTHERN TRUST ASSETS | A | Interest | O | T | | | | | |
| 3. FARM LAND WASHINGTON/CLINTON CTY'S, IL | C | Rent | K | W | | | | | |
| 4. NORTHWESTERN MUTUAL LIFE INSURANCE POLICY-WHOLE LIFE | A | Dividend | J | T | | | | | |
| 5. NEW YORK LIFE INSURANCE POLICY - WHOLE LIFE | A | Dividend | J | T | | | | | |
| 6. COUNTRY COMPANIES LIFE INSURANCE POLICY- WHOLE LIFE | A | Dividend | K | T | | | | | |
| 7. TRANSAMERICAN LIFE INSURANCE POLICY-WHOLE LIFE | | None | L | T | | | | | |
| 8. PRUDENTIAL LIFE INSURANCE POLICY-WHOLE LIFE | A | Dividend | J | T | | | | | |
| 9. METROPOLITAN LIFE INSURANCE POLICY- WHOLE LIFE | A | Dividend | J | T | | | | | |
| 10. AXA EQUITABLE INSURANCE POLICY - WHOLE LIFE | A | Dividend | K | T | | | | | |
| 11. ROYAL BANK OF CANADA (RBC) | D | Interest | P1 | T | | | | | |
| 12. RBC | E | Dividend | P1 | T | | | | | |
| 13. KO | A | Dividend | K | T | | | | | |
| 14. KO | A | Dividend | K | T | | | | | |
| 15. SAG PENSION PLAN | A | Interest | J | T | | | | | |
| 16. CP | A | Dividend | L | T | | | | | |
| 17. CP | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ENCANA - ECA | B | Dividend | K | T | | | | | |
| 19. ENCANA - ECA | B | Dividend | K | T | | | | | |
| 20. CENOVIUS | B | Dividend | K | T | | | | | |
| 21. CENOVIUS | B | Dividend | K | T | | | | | |
| 22. CP | A | Dividend | K | T | | | | | |
| 23. ENCANA - ECA | A | Dividend | J | T | | | | | |
| 24. CENOVIUS | A | Dividend | K | T | | | | | |
| 25. HD | A | Dividend | K | T | | | | | |
| 26. HD | A | Dividend | K | T | | | | | |
| 27. PG | B | Dividend | L | T | | | | | |
| 28. PG | B | Dividend | L | T | | | | | |
| 29. TIME WARNER | A | Dividend | J | T | | | | | |
| 30. TIME WARNER | A | Dividend | J | T | | | | | |
| 31. JANUS CONTRARIAN FUND | A | Dividend | L | T | | | | | |
| 32. JANUS CONTRARIAN FUND | A | Dividend | L | T | | | | | |
| 33. PEPCO HOLDINGS POM | | None | | | Sold | 03/29/16 | K | E | |
| 34. LEASE OF EXCESS BERRIEN CTR., MI ACREAGE TO LEITZ CORP. | C | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NEE | B | Dividend | L | T | | | | | |
| 36. BAC | A | Dividend | K | T | | | | | |
| 37. FIP PROPERTIES | | None | M | U | | | | | |
| 38. ALPINE ULTRA SHORT TAX - INCOME FUND - ATOIX | B | Interest | N | T | | | | | |
| 39. ALPINE ULTRA SHORT TAX - INCOME FUND - ATOIX | B | Interest | M | T | | | | | |
| 40. ZOETIS - ZTS | A | Dividend | J | T | | | | | |
| 41. ZOETIS - ZTS | A | Dividend | J | T | | | | | |
| 42. ARTISAN MIDCAP - ARTOX | A | Dividend | | | Sold | 04/26/16 | K | | |
| 43. BLACK ROCK EQUITY MDO' US | A | Dividend | J | T | | | | | |
| 44. GOLDMAN SACHS - GS/DAX | A | Dividend | J | T | | | | | |
| 45. IVY MIDCAP - WMGAX | | None | J | T | | | | | |
| 46. PIMCO SHORT TERM - PSHAX | A | Dividend | | | Sold | 04/13/16 | J | | |
| 47. PIMCO TOTAL - PTTAX | A | Dividend | J | T | | | | | |
| 48. WELLS FARGO EMERGING MKTS | A | Dividend | J | T | | | | | |
| 49. WELLS FARGO PREM LG | A | Dividend | J | T | | | | | |
| 50. 3M CO. | A | Dividend | J | T | | | | | |
| 51. ABBOTT LAB | | None | | | Sold | 02/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ABBVIE, INC. | | None | | | Sold | 05/13/16 | J | A | |
| 53. ACCENTURE PLC -IRELAND ACN | A | Dividend | J | T | | | | | |
| 54. ACE, LTD. | A | Dividend | J | T | | | | | |
| 55. ALLERGAN, INC. | A | Dividend | J | T | | | | | |
| 56. AMERICAN EXPRESS | A | Dividend | | | Sold | 10/17/16 | J | | |
| 57. AMER TOWER REIT AMT | A | Dividend | J | T | | | | | |
| 58. APPLE, INC. | A | Dividend | | | Sold | 11/07/16 | J | | |
| 59. AT&T | A | Dividend | J | T | | | | | |
| 60. ADP | A | Dividend | J | T | | | | | |
| 61. CHEVRON | A | Dividend | J | T | | | | | |
| 62. CHUBB | A | Dividend | J | T | | | | | |
| 63. CITIGROUP | A | Dividend | J | T | | | | | |
| 64. COCA COLA | A | Dividend | J | T | | | | | |
| 65. COMCAST NEW | A | Dividend | J | T | | | | | |
| 66. CONOCO PHILLIPS | A | Dividend | J | T | | | | | |
| 67. DEERE CO. | A | Dividend | J | T | | | | | |
| 68. DIAGEO PLC ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DOMINIUM RES | A | Dividend | J | T | | | | | |
| 70. DON | A | Dividend | J | T | | | | | |
| 71. DUPONT | | None | | | Sold | 12/14/16 | J | | |
| 72. DUKE ENERGY | A | Dividend | J | T | | | | | |
| 73. ENBRIDGE | A | Dividend | J | T | | | | | |
| 74. EXXON MOBIL | A | Dividend | J | T | | | | | |
| 75. FACEBOOK | A | Dividend | J | T | | | | | |
| 76. FACTSET RESEARCH | A | Dividend | J | T | | | | | |
| 77. FASTENAL | | None | | | Buy (add'l) | 01/15/16 | J | A | |
| 78. FASTENAL | | None | | | Sold | 07/26/16 | J | A | |
| 79. FIFTH THIRD BANK | A | Dividend | J | T | | | | | |
| 80. GARTNER IT | A | Dividend | J | T | | | | | |
| 81. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 82. GENERAL MILLS | A | Dividend | J | T | | | | | |
| 83. GOOGLE | A | Dividend | J | T | | | | | |
| 84. HOME DEPOT | A | Dividend | | | Sold | 08/09/16 | J | A | |
| 85. HONEYWELL INT'L | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. INTEL | A | Dividend | J | T | | | | | |
| 87. INTERNATIONAL PAPER | A | Dividend | | | Buy (add'l) | 01/15/16 | J | | |
| 88. INTERNATIONAL PAPER | A | Dividend | | | Sold | 04/07/16 | J | | |
| 89. IBM | | None | | | Buy (add'l) | 01/15/16 | J | | |
| 90. IBM | | None | | | Sold | 01/25/16 | J | | |
| 91. JOHNSON CONTROLS | A | Dividend | J | T | | | | | |
| 92. JPMORGAN CHASE | A | Dividend | J | T | | | | | |
| 93. KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 94. KINDER MORGAN | A | Dividend | J | T | | | | | |
| 95. LORILLARD | A | Dividend | J | T | | | | | |
| 96. MARATHON OIL | A | Dividend | | | Sold | 11/30/16 | J | | |
| 97. MARATHON PETROL | A | Dividend | J | T | | | | | |
| 98. MASTERCARD | A | Dividend | J | T | | | | | |
| 99. MCDONALDS CORP. | | None | | | Sold | 08/29/16 | J | A | |
| 100. MEAD WEST VACO | A | Dividend | J | T | | | | | |
| 101. MERCK | A | Dividend | J | T | | | | | |
| 102. METLIFE - WHOLE LIFE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MICROSOFT | A | Dividend | J | T | | | | | |
| 104. MONDELEZ | A | Dividend | J | T | | | | | |
| 105. MOTOROLA SOLUTIONS | A | Dividend | J | T | | | | | |
| 106. NEW NONT MINING | A | Dividend | J | T | | | | | |
| 107. NEXTERA ENERGY | A | Dividend | J | T | | | | | |
| 108. NIKE | A | Dividend | J | T | | | | | |
| 109. NORTHEAST UTILITIES | A | Dividend | J | T | | | | | |
| 110. NORTHROP | A | Dividend | J | T | | | | | |
| 111. OCCIDENTAL PETROLEUM | A | Dividend | J | T | | | | | |
| 112. ORACLE | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 113. PFIZER | A | Dividend | J | T | | | | | |
| 114. PHILLIP MORRIS | A | Dividend | J | T | | | | | |
| 115. PHILLIPS 66 | A | Dividend | J | T | | | | | |
| 116. PRAXAIR | A | Dividend | J | T | | | | | |
| 117. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 118. PRUDENTIAL - WHOLE LIFE | A | Dividend | J | T | | | | | |
| 119. PUBLIC SERVICE ENTERPRISE | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. QUALCOMM | A | Dividend | | | Sold | 11/30/16 | J | | |
| 121. RAYTHEON | A | Dividend | J | T | | | | | |
| 122. SCHLUMBERGER | A | Dividend | J | T | | | | | |
| 123. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 124. STARBUCKS | A | Dividend | J | T | | | | | |
| 125. SUNTRUST BANK | A | Dividend | J | T | | | | | |
| 126. T ROWE PRICE | A | Dividend | J | T | | | | | |
| 127. TJX COS INC | A | Dividend | J | T | Buy (add'l) | 09/13/16 | J | | |
| 128. TORONTO DOM BANK=TIME DEPOSIT | A | Dividend | J | T | | | | | |
| 129. TOTAL SA | A | Dividend | J | T | | | | | |
| 130. TRAVELLERS COS. | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 131. US BANCORP-COMMON-NEW | A | Dividend | J | T | | | | | |
| 132. UNILEVER | A | Dividend | J | T | | | | | |
| 133. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 134. UNITED TECHNOLOGY | A | Dividend | | | Sold | 06/29/16 | J | A | |
| 135. VF CORP | A | Dividend | J | T | | | | | |
| 136. VARIAN MEDICAL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  VERIZON COMM | A | Dividend | J | T | | | | | |
| 138.  VISA | A | Dividend | J | T | | | | | |
| 139.  WW GRAINGER | A | Dividend | J | T | | | | | |
| 140.  WALMART | A | Dividend | J | T | | | | | |
| 141.  WEYERHAUSER | A | Dividend | J | T | | | | | |
| 142.  WELLS FARGO | A | Dividend | J | T | | | | | |
| 143.  GEORGIA STATE GEN'L OBLIGATION | A | Interest | J | T | | | | | |
| 144.  GILBERT AZ GENERAL OBLIGATION | A | Interest | J | T | | | | | |
| 145.  ST LUCIE FL COUNTY REVENUE | A | Interest | | | Sold | 06/17/16 | J | A | |
| 146.  JEA WTR & SEWER REVENUE | A | Interest | J | T | | | | | |
| 147.  PASCO CTY, FL REVENUE | A | Interest | J | T | | | | | |
| 148.  MICHIGAN STATE TRUNK LINE | A | Interest | J | T | | | | | |
| 149.  SNOHOMISH CTY SCHL DIST | A | Interest | J | T | | | | | |
| 150.  ANCHORAGE ALASKA GEN'L OBLIG | A | Interest | J | T | | | | | |
| 151.  MASS ST GEN OBL | A | Interest | J | T | | | | | |
| 152.  HURON SD SCHOOL DIST | A | Interest | J | T | | | | | |
| 153.  COLUMBUS, OH GEN'L OBLIG | A | Interest | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. INVESCO PREMIER TAX EXEMPT | A | Dividend | | | Sold | 05/31/16 | J | | |
| 155. 3M COMPANY | A | Dividend | J | T | | | | | |
| 156. ABBOTT LABS | | None | | | Sold | 02/18/16 | J | A | |
| 157. ABBVIE INC | A | Dividend | | | Sold | 05/13/16 | J | A | |
| 158. ACE LTD | A | Dividend | J | T | | | | | |
| 159. AMERICAN EXPRESS | A | Dividend | | | Sold | 10/17/16 | J | | |
| 160. AMERICAN TOWER REIT | A | Dividend | J | T | | | | | |
| 161. APPLE INC | A | Dividend | | | Sold | 11/07/16 | J | | |
| 162. AT&T | A | Dividend | J | T | | | | | |
| 163. BERKSHIRE HATHAWAY | A | Dividend | J | T | | | | | |
| 164. BHP BILLITON | A | Dividend | | | Sold | 03/29/16 | J | A | |
| 165. CHEVRON | A | Dividend | J | T | | | | | |
| 166. CITIGROUP | A | Dividend | J | T | | | | | |
| 167. COACH | A | Dividend | J | T | | | | | |
| 168. COCA COLA | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 169. COMCAST | A | Dividend | J | T | | | | | |
| 170. CONOCOPHILLIPS | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CUMMINS INC | A | Dividend | J | T | | | | | |
| 172. DEERE | A | Dividend | J | T | | | | | |
| 173. DIAGEO PLC | A | Dividend | J | T | | | | | |
| 174. DOMINION RE | A | Dividend | J | T | | | | | |
| 175. DON | A | Dividend | J | T | | | | | |
| 176. DUPONT | A | Dividend | | | Sold | 12/14/16 | J | A | |
| 177. DUKE ENERGY | A | Dividend | J | T | | | | | |
| 178. EMC CORP. | A | Dividend | J | T | | | | | |
| 179. ENBRIDGE | A | Dividend | J | T | | | | | |
| 180. EXPRESS SCRIPS | | None | | | Sold | 11/30/16 | J | A | |
| 181. EXXON MOBIL | A | Dividend | J | T | | | | | |
| 182. FIFTH THIRD BANK | A | Dividend | J | T | | | | | |
| 183. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 184. GENERAL MILLS | A | Dividend | J | T | | | | | |
| 185. GILEAD SCIENCE | A | Dividend | J | T | | | | | |
| 186. GOOGLE | A | Dividend | J | T | | | | | |
| 187. HOME DEPOT | A | Dividend | | | Sold | 08/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. HONEYWELL | A | Dividend | J | T | | | | | |
| 189. INTEL | A | Dividend | | | Sold | 08/12/16 | J | A | |
| 190. JOHNSON & JOHNSON | A | Dividend | | | Sold | 11/18/16 | J | A | |
| 191. INTENATIONAL PAPER | A | Dividend | | | Sold | 04/07/16 | J | | |
| 192. JOHNSON CONTOLS | A | Dividend | J | T | | | | | |
| 193. JPMORGAN CHASE | A | Dividend | J | T | | | | | |
| 194. KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 195. KINDER MORGAN | A | Dividend | J | T | | | | | |
| 196. LORILLARD | A | Dividend | J | T | | | | | |
| 197. M&T BANK | | None | | | Sold | 02/11/16 | J | | |
| 198. MARATHON OIL | A | Dividend | | | Sold | 11/30/16 | J | | |
| 199. MARATHON PETRO | A | Dividend | | | Sold | 11/30/16 | J | A | |
| 200. MCDONALDS | A | Dividend | | | Sold | 08/29/16 | J | A | |
| 201. MEAD WEST VASCO | A | Dividend | J | T | | | | | |
| 202. MERCK | A | Dividend | J | T | | | | | |
| 203. METLIFE - WHOLE LIFE | A | Dividend | J | T | | | | | |
| 204. MICROSOFT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  MONDELEZ INT'L | A | Dividend | J | T | | | | | |
| 206.  MONSTER BEVERAGE | A | Dividend | J | T | | | | | |
| 207.  MOTOROLA SOLUTIONS | A | Dividend | J | T | | | | | |
| 208.  NATIONAL OIL WELL VARCO | A | Dividend | J | T | | | | | |
| 209.  NEWMONT MINES | A | Dividend | J | T | | | | | |
| 210.  NEXTERA ENERGY | A | Dividend | J | T | | | | | |
| 211.  NORTHEAST UTILITIES | A | Dividend | J | T | | | | | |
| 212.  NORTHRUP GRUMMAN | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 213.  OCCIDENTAL PETROLEUM | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 214.  PERRIGO CO. | A | Distribution | | | Sold | 05/04/16 | J | | |
| 215.  PFIZER | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 216.  PHILLIP MORRIS | A | Dividend | J | T | | | | | |
| 217.  PHILLIPS 66 | A | Dividend | J | T | | | | | |
| 218.  PRAXAIR | A | Dividend | J | T | | | | | |
| 219.  PRICELINE | A | Dividend | J | T | | | | | |
| 220.  PROCTOR & GAMBLE | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 221.  PRUDENTIAL- WHOLE LIFE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PUBLIC SERVICE ENT | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 223. QUALCOMM | A | Dividend | J | T | | | | | |
| 224. RAYTHEON | A | Dividend | | | Sold | 11/22/16 | J | A | |
| 225. SCHLUMBERGER | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 226. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 227. STERICYCLE | | None | | | Buy (add'l) | 02/23/16 | J | | |
| 228. STERICYCLE | | None | | | Sold | 11/07/16 | J | | |
| 229. SUNTRUST BANK - COMMON STOCK | A | Dividend | J | T | | | | | |
| 230. TORONTO DOM BK - TIME DEPOSIT | A | Dividend | J | T | | | | | |
| 231. TOTAL SA SPON ADR | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 232. US BANCORP - COMMON - NEW | A | Dividend | J | T | | | | | |
| 233. UNILEVER - NV - NY SH- N EW | A | Dividend | J | T | | | | | |
| 234. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 235. UNITED TECH | A | Dividend | | | Sold | 06/29/16 | J | A | |
| 236. VF CORP | A | Dividend | J | T | | | | | |
| 237. VARIAN MEDICAL | A | Dividend | J | T | | | | | |
| 238. VERISK ANALYTICS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. VERIZON | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 240. VISA | A | Dividend | J | T | | | | | |
| 241. WALMART STORES | A | Dividend | J | T | | | | | |
| 242. WELLS FARGO | A | Dividend | | | Sold | 12/30/16 | M | | |
| 243. WEYERHAEUSER | A | Dividend | J | T | | | | | |
| 244. I SHARES MORNINGSTAR | A | Interest | | | Sold | 01/15/16 | K | D | |
| 245. VANGUARD SMALL CAP | A | Interest | J | T | | | | | |
| 246. NJ TRANS TR FD AUTH REVENUE | A | Interest | J | T | | | | | |
| 247. MINNESOTA ST GEN'L OBLIGATION | A | Interest | J | T | | | | | |
| 248. SAN ANTONIO TX GEN'L OBLIGATION | A | Interest | | | Sold | 03/08/16 | J | A | |
| 249. SEA FLA WTR & SUN REVENUE | A | Interest | J | T | | | | | |
| 250. OHIO WTR DEVL'P AUTH REVENUE | A | Interest | J | T | | | | | |
| 251. TEXAS ST HWY FD REVENUE | A | Interest | J | T | | | | | |
| 252. MINNESOTA ST 911 REVENUE | A | Interest | J | T | | | | | |
| 253. SNOHOMISH WA SCHL DIST OBLIG | A | Interest | J | T | | | | | |
| 254. VIRGINIA COLLEGE BLDG AUTH | A | Interest | | | Sold | 06/29/16 | J | A | |
| 255. CONN ST GEN'L OBLIG SER E | A | Interest | | | Sold | 06/29/16 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. INVESCO PREM TX EXEMPT | A | Interest | | | Sold | 10/11/16 | K | | |
| 257. VIRTUS FOREIGN OPPORTUNITY | A | Interest | J | T | | | | | |
| 258. MORGAN STANLEY ASSET #4 CASH A/C | A | Interest | M | T | | | | | |
| 259. FINISH LINE INC | A | Dividend | J | T | | | | | |
| 260. NXP SEMI-CONDUCTOR | | None | J | T | | | | | |
| 261. LOCKHEED MARTIN | A | Dividend | | | Sold | 02/05/16 | J | A | |
| 262. CHEVRON | A | Dividend | J | T | | | | | |
| 263. DOW CHEMICAL | A | Dividend | J | T | | | | | |
| 264. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 265. QUALCOMM | A | Dividend | J | T | | | | | |
| 266. CORE LABS | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 267. KROGER | A | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 268. CELGENE | A | Dividend | J | T | Buy (add'l) | 01/19/16 | J | | |
| 269. O'REILLY | | None | J | T | | | | | |
| 270. REGENERON | | None | J | T | | | | | |
| 271. NESTLE | | None | J | T | | | | | |
| 272. EBAY | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. CLEARBRIDGE LG CAP GRWTH | | None | M | T | Buy | 12/30/16 | M | | |
| 274. METROPOLITAN WEST TOTAL RET BD 1 | | None | K | T | Buy | 04/20/16 | K | | |
| 275. REGENERON PHARMACY | | None | J | T | Buy | 12/28/16 | J | | |
| 276. DOW CHEMICAL | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 277. ALIGN TECNOLOGY | | None | J | T | Buy | 02/29/16 | J | | |
| 278. AETNA, INC. (NEW) | A | Dividend | J | T | Buy | 11/14/16 | J | | |
| 279. ASTRAZENCA PLC ADS | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 280. DOLLAR GENERAL CORP (NEW) | A | Dividend | J | T | Buy | 10/10/16 | J | | |
| 281. KEYCORP (NEW) | A | Dividend | J | T | Buy | 09/27/16 | J | | |
| 282. DIAGEO PLC SPON ADR (NEW) | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 283. UNILEVER NV NY SH (NEW) | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 284. BECTON DICKINSON | | None | J | T | Buy | 08/31/16 | J | | |
| 285. MARSH & MCLENNON CO | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 286. SUNCOR ENERGY | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 287. CHEVRON CORP | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 288. LAS VEGAS NV CONVENTION & VISITORS AUTH REV REF C | | None | J | T | Buy | 07/22/16 | J | | |
| 289. US BANCORP | A | Dividend | J | T | Buy | 06/24/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. ANTHEM INC | A | Dividend | J | T | Buy | 05/13/16 | J | | |
| 291. AMERICAN INT'L GRP INC NEW | A | Dividend | J | T | Buy | 03/29/16 | J | | |
| 292. MORGAN STANLEY - COMMON | A | Dividend | J | T | Buy | 03/29/16 | J | | |
| 293. HESS CORP | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 294. QUEST DIAGNOSTICS | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 295. GAP INC | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 296. UNION PACIFIC | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 297. NESTLE SPON ADR REP REG | | None | J | T | Buy | 01/15/16 | J | | |
| 298. TRACTOR SUPPLY CO | | None | J | T | Buy | 12/01/16 | J | | |
| 299. TREEHOUSE FOODS INC | | None | J | T | Buy | 09/26/16 | J | | |
| 300. WASHINGTON STATE VAR PURPOSE GEN'L OBLG REV - A8/1/2023 | | None | J | T | Buy | 06/29/16 | J | | |
| 301. ROSS STORES INC | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 302. KRAFT-HEINZ CO | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 303. OSCEOLA CNTY FL SALES TAX REV REF A 10/1/2026 | A | Interest | J | T | Buy | 03/16/16 | J | | |
| 304. MEAD JOHNSON NUTRITION CO | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 305. ALPHABET INC. GOOG CL C | | None | L | T | | | | | |
| 306. PFIZER | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. BANK OF MONTREAL | C | Dividend | L | T | | | | | |
| 308. SCHLUMBERGER, LTD | B | Dividend | K | T | | | | | |
| 309. TORONTO DOMINION BANK | D | Dividend | M | T | | | | | |
| 310. | | | | | | | | | |
| 311. | | | | | | | | | |
| 312. | | | | | | | | | |
| 313. | | | | | | | | | |
| 314. | | | | | | | | | |
| 315. | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. | | | | | | | | | |
| 318. | | | | | | | | | |
| 319. | | | | | | | | | |
| 320. | | | | | | | | | |
| 321. | | | | | | | | | |
| 322. | | | | | | | | | |
| 323. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. | | | | | | | | | |
| 328. | | | | | | | | | |
| 329. | | | | | | | | | |
| 330. | | | | | | | | | |
| 331. | | | | | | | | | |
| 332. | | | | | | | | | |
| 333. | | | | | | | | | |
| 334. | | | | | | | | | |
| 335. | | | | | | | | | |
| 336. | | | | | | | | | |
| 337. | | | | | | | | | |
| 338. | | | | | | | | | |
| 339. | | | | | | | | | |
| 340. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |
| 342. | | | | | | | | | |
| 343. | | | | | | | | | |
| 344. | | | | | | | | | |
| 345. | | | | | | | | | |
| 346. | | | | | | | | | |
| 347. | | | | | | | | | |
| 348. | | | | | | | | | |
| 349. | | | | | | | | | |
| 350. | | | | | | | | | |
| 351. | | | | | | | | | |
| 352. | | | | | | | | | |
| 353. | | | | | | | | | |
| 354. | | | | | | | | | |
| 355. | | | | | | | | | |
| 356. | | | | | | | | | |
| 357. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. | | | | | | | | | |
| 360. | | | | | | | | | |
| 361. | | | | | | | | | |
| 362. | | | | | | | | | |
| 363. | | | | | | | | | |
| 364. | | | | | | | | | |
| 365. | | | | | | | | | |
| 366. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAGEL, JAME B. | 04/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Page 2 of your letter of December 19,2017 addtresses assets listed in a 2015 amended report and not shown in the 2016 report. My cureent accountant did not prepare the 2015 report  nor the 2015 amended report.

I will attempt to secure the amended report and make the necessary revisions when  able.

I would appreciate your patience while this is being obtained.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JAME B. ZAGEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544